**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**In re:**

**RICARDO GARCIA ZARCO**

**Debtor.**

Bankruptcy No. 17-11849-MLB
Chapter 13

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

This matter is before the Court on debtor Ricardo Garcia Zarco and creditor and adversary plaintiff Mikhail Suevsky's Joint Motion for Approval of Settlement Agreement. After reviewing the Motion and any opposition(s) thereto, the Court hereby GRANTS the Joint Motion for Approval of Settlement Agreement and approves the parties' settlement of Adversary Case No. 17-01095-MLB.

/// End of Order ///

ORDER - 1 –
*In re Ricardo Garcia Zarco*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

Case 17-11849-MLB    Doc 74    Filed 07/24/18    Ent. 07/24/18 13:41:34    Pg. 1 of 2

Presented by:

MDK Law

*/s/ Dennis R. Kasimov*
_____
MARK D. KIMBALL, WSBA # 13146
JAMES P. WARE, WSBA # 36799
DENNIS R. KASIMOV, WSBA No. 51303
MDK LAW
777 108th Ave NE, Suite 2000
Bellevue, WA 98004
Telephone: (425) 455-9610
Fax: (425) 455-1170
mkimball@mdklaw.com
jware@mdklaw.com
dkasimov@mdklaw.com
*Attorneys for Adversary Plaintiff*


WILES MICHALI RANA LEE Law Group

*/s/ Ryan M. Lee*
_____
RYAN M. LEE,
510 SW Fifth Avenue
Sixth Floor
Portland, OR 97204
Telephone: (503) 226-3515
Fax: (503) 226-4050
*Attorneys for Debtor*

ORDER - 2 –
*In re Ricardo Garcia Zarco*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

Case 17-11849-MLB    Doc 74    Filed 07/24/18    Ent. 07/24/18 13:41:34    Pg. 2 of 2